UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rose Mary Henry, | ) | Civil Action No. 5:14-cv-00432-JFA-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

On February 19, 2014, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on June 23, 2014. ECF Nos. 12, 13. Plaintiff's brief in support of her appeal was due by July 28, 2014. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 12. On July 24, 2014, Plaintiff filed a Motion for Extension of Time to file her brief. ECF No. 15. Plaintiff's Motion was granted and the due date for her brief was extended to August 27, 2014. ECF No. 16. To date, however, Plaintiff has not filed her brief, nor has counsel communicated with the court regarding the extended deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **September 16, 2014**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

September 2, 2014
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge